

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

REC'D IN PRO SE OFFICE
MAY 2 '25 PM4:00

DIANNE BAKER-PACIUS; CHRISTOPHER J. GARRY )
)
)
)
)
_____ )
*Plaintiff(s)* )
)
v. ) Civil Action No. 1:25-cv-00743-AMD-JAM
)
THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, )
MELISSA AVILES-RAMOS, Chancellor; and KATHERINE RODI, )
Director of Employee Relations, )
)
_____ )
*Defendant(s)* )

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE DEPARTMENT OF EDUCATION OF THE    MELISSA AVILES-RAMOS, Chancellor
CITY OF NEW YORK    65 COURT STREET, BROOKLYN, NY 11201
65 COURT STREET, BROOKLYN, NY 11201

KATHERINE RODI, Director of Employee Relations
65 COURT STREET, BROOKLYN, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro se Petitioner:
DIANNE BAKER-PACIUS,    CHRISTOPHER J. GARRY
55 W116TH STREET, STE 396 NEW    75-27 217 STREET OAKLAND GARDENS,
YORK, NY 10026.    NY 11364

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**

*CLERK OF COURT*

Date: 04/22/2025    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-00743-AMD-JAM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Katherine Rodi, Director of Employer Relations
was received by me on *(date)* April 29th, 2025 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Steven G. , who is

designated by law to accept service of process on behalf of *(name of organization)* Katherine Rodi, Director
of Employee Relations / The Department of Education of
the city of New York on *(date)* 4/29/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/1/25 _____

_____
*Server's signature*

Javon Cummings
*Printed name and title*


59 Law St Valley Stream NY 11580
*Server's address*

Additional information regarding attempted service, etc:

RECD IN PRO SE OFFICE
MAY 2 '25 PM 3:00

RECD IN PRO SE OFFICE
MAY 2 '25 PM4:00

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00743-AMD-JAM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Melissa Aviles-Ramos, Chancellor_
was received by me on *(date)* _April 29th, 2025._

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Steven G_____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _Melissa Aviles-Ramos,_
_Chancellor/The Department of Education of the city_ on *(date)* _4/29/25_ ; or
_of New York_
_100 Church St New York NY 10007_

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _50_ for travel and $ _0_ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _5/1/25_

_____
Server's signature

_Javen Cummings_
Printed name and title

_59 Law St Valley Stream NY 11580_
Server's address

Additional information regarding attempted service, etc:

RECD IN PRO SE OFFICE
MAY 2 '25 PM4:00

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00743-AMD-JAM

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _The Department of Education of the city of New York_

was received by me on (date) _April 29th, 2025_

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _Steven G._ , who is

designated by law to accept service of process on behalf of (name of organization) _The Department_

_of Education of the city of New York_ on (date) _4/29/25_ ; or

_100 Church St New York NY 10007_

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _50_ for travel and $ _0_ for services, for a total of $ _0.00_

I declare under penalty of perjury that this information is true.


Date: _5/1/25_ _____

_Javon Cummings_
Server's signature

_Javon Cummings_
Printed name and title

_59 Law St Valley Stream NY 11580_
Server's address

Additional information regarding attempted service, etc: