REC'D IN PRO SE OFFICE MAY 2 25 PM4:00

Dianne Baker-Pacius
55 West 116th Street STE 396
New York, NY 10026
646-369-6792
DBCB.CG.2025@gmail.com

Christopher J. Garry
75-27 217 Street
Oakland Gardens, NY 11364
917-572-9104
DBCB.CG.2025@gmail.com

May 1, 2025
Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Baker-Pacius et al.,v. The Department of Education of the City of New York, et al.,</u>
      Case No.: 25-CV-00743-AMD-JAM

Dear Magistrate Judge Marutollo,

We, Dianne Baker-Pacius and Christopher Garry, are the Plaintiffs pro se in the above-cited case. We are writing this letter to you to bring to your attention that this case was served on April 29, 2025, on the opposing parties. We have not received a response from the parties. We received your Discovery Plan and Scheduling Order via postal service today.

Therefore, we request an adjournment of the rescheduled conference date until May 22, 2025, to discuss the Discovery Plan with the Attorney for the opposing parties.

Thank you for considering this request.

Respectfully,


/s/Dianne Baker-Pacius and /s/Christopher J. Garry
DBCB.CG.2025@gmail.com

Submitted by ECF and personal delivery