

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

May 7, 2025

Dianne Baker-Pacius, Christopher J. Garry,

Plaintiff,

v.

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

MELISSA AVILES-RAMOS, Chancellor; and

KATHERINE RODI, Director of Employee Relations,

Defendant.

Case No.: 1:25-cv-743

**Pro Se Plaintiff's Request for Electronic Filing Access (CM/ECF)**

Dear Honorable Magistrate Judge Marutollo:

We are the Plaintiffs in the above-captioned matter and am proceeding **pro se**. We respectfully request the Court's permission to file and receive documents electronically through the Court's **Case Management/Electronic Case Files (CM/ECF)** system.

We understand that electronic filing by pro se litigants in the Eastern District of New York requires express approval from the assigned Judge under Local Civil Rule 5.2 and the Court's Electronic Case Filing Procedures. We affirm that we have regular access to the internet and a valid email address, and we are capable of using the CM/ECF system in compliance with the Court's rules and procedures.

If granted permission, we will promptly complete the required **Pro Se Registration and Consent for Electronic Service** form and comply with all terms outlined in the CM/ECF User Manual and applicable rules of the Court.

Thank you for your time and consideration of this request.

Respectfully submitted,





/s/ Dianne Baker-Pacius
Dianne Baker-Pacius
55 West 116th Street STE 396
New York, NY 10026
646-369-6792
DBCB.CG.2025@gmail.com

/s/ Christopher J. Garry
Christopher J. Garry
75-27 217 Street
Oakland Gardens, NY 11364
917-572-9104
DBCB.CG.2025@gmail.com

Submitted by:

*Mahery Pacius* (signature)
on behalf of Plaintiff
Mahery Pacius

Date: 05-07-2025