UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

DIANNE BAKER-PACIUS and CHRISTOPHER J. GARRY,

                     Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, Chancellor; and KATHERINE RODI, Director of Employee Relations,

                     Defendants.
-----------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

25-cv-00743(AMD)(JAM)

        **PLEASE TAKE NOTICE** that **KATHLEEN M. LINNANE**, Assistant Corporation Counsel, on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, appears herein as counsel of record for the defendants, Department of Education of the City of New York, Melissa Aviles-Ramos, and Katherine Rodi. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated:      New York, New York
              May 9, 2025

                        **MURIEL GOODE-TRUFANT**
                        Corporation Counsel of the City of New York
                        Attorney for Defendant
                        100 Church Street, Room 2-190
                        New York, New York 10007
                        (212) 356-2467
                        klinnane@law.nyc.gov

                        /s/ *Kathleen M. Linnane*
                        Kathleen M. Linnane
                        Assistant Corporation Counsel

Cc:    All parties (via ECF)

       Diane Baker-Pacius, *pro se* plaintiff, via USPS to 55 West 116th Street, Ste. 396, New York, NY 10026, and via email to DBCB.CG.2025@gmail.com

       Christopher J. Garry, *pro se* plaintiff, via USPS to 75-27 217 Street, Oakland Garden, NY 11364, and via email to DBCB.CG.2025@gmail.com