Dianne Baker-Pacius
55 West 116th Street STE 396
New York, NY 10026
646-369-6792
DBCB.CG.2025@gmail.com

Christopher J. Garry
75-27 217 Street
Oakland Gardens, NY 11364
917-572-9104
DBCB.CG.2025@gmail.com

**Date:** June 26, 2025

**Via ECF**

The Honorable Magistrate Judge Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Letter Motion Request for Extension of Time to File Joint Status Report**
**Case No.: 1:25-cv-00743-AMD-JAM**

Dear Honorable Magistrate Judge Marutollo:

We, the Plaintiffs in the above-referenced matter, respectfully write to request an extension of time to file the Joint Status Report, which was initially due on **June 11, 2025**.

Due to a lack of communication between the parties—Plaintiffs proceeding *pro se* and Defendant represented by counsel—the Joint Status Report was not completed or filed by the required date. Plaintiffs have made good faith efforts to contact Defendant's counsel to coordinate the report, but have not received a response. As of this writing, Defendant's position on this request is unknown.

This is the **first request** for an extension related to the Joint Status Report deadline. Plaintiffs respectfully request that the deadline be extended to **July 11, 2025**, and will make every effort to file the report as soon as possible.

To the best of our knowledge, this request does not affect any other currently scheduled deadlines in this matter.

A courtesy copy of this letter motion was **emailed to Defendant's counsel on June 26, 2025**.

We understand this request is being made after the original due date, and we respectfully apologize to the Court for the delay. We make this request in good faith and respectfully ask the Court to grant this extension under the circumstances.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Dianne Baker-Pacius

Dianne Baker-Pacius
**Pro Se Plaintiff**


/s/ Christopher J. Garry

Christopher J. Garry
**Pro Se Plaintiff**