*** Filed ***
10:43 PM, 11 Jul, 2025
S.D.C. Eastern District of New York

*REC. IN P DRIVE 7/15/25

Plaintiffs Dianne Baker-Pacius and Christopher J. Garry, proceeding *pro se* in case no. *1:25-cv-00743-AMD-JAM,* respectfully submit this Joint Status Report in accordance with the Court's Order dated June 27, 2025, regarding the current status of discovery in the above-referenced matter.

As of the date of this submission, the parties have **not exchanged initial disclosures** pursuant to Federal Rule of Civil Procedure 26(a)(1), nor have they served any interrogatories, document demands, or other formal discovery requests. **No depositions have been scheduled**, and the parties have not yet engaged in any discovery activity.

At this time, there are **no outstanding discovery disputes**, and Plaintiffs are not aware of any motions pending before the Court that would affect the discovery process.

Plaintiffs remain willing to confer with Defendant's counsel to develop a timeline for the exchange of discovery materials, and are open to working cooperatively to complete discovery within the time permitted by the Court's scheduling order. Plaintiffs also remain open to early settlement discussions should Defendants express interest in doing so.

Plaintiffs emailed Defendant's counsel regarding collaboration on the Joint Status Report on July 5, 2025 and July 9, 2025. As of today, July 11, 2025, Plaintiffs have not received a response from Defendant's counsel to collaborate on the completion of the Joint Status Report. In addition a courtesy email was sent on July 11, 2025 to inform Defendant's counsel that Plaintiff's have submitted a court filing of the Joint Status Report.

As *pro se* litigants, Plaintiffs are making every effort to understand and comply with their obligations under the Federal Rules of Civil Procedure and the Local Rules of this Court. Plaintiffs respectfully request the Court's continued patience and guidance as this case progresses.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Dianne Baker-Pacius
55 West 116th Street STE 396

New York, NY 10026  
646-369-6792  
DBCB.CG.2025@gmail.com

Christopher J. Garry  
75-27 217 Street  
Oakland Gardens, NY 11364  
917-572-9104  
DBCB.CG.2025@gmail.com

Dated: July 11, 2025