UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| DIANNE BAKER-PACIUS, and CHRISTOPHER J. GARRY, | **DECLARATION OF KATHLEEN M. LINNANE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |
| Plaintiffs, | |
| - against - | |
| THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, Chancellor; and KATHERINE RODI, Director of Employee Relations, | No. 25-cv-00743 (AMD)(JAM) |
| Defendants. | |

------------------------------------------------------------------------X

**KATHLEEN MAURA LINNANE** declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Corporation Counsel in the office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants, the Department of Education of the City of New York, Melissa Aviles-Ramos, and Katherine Rodi, in the above-captioned proceeding.

2. I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

3. Attached hereto as Exhibit "A" is a true and correct copy of the Martin F. Scheinman Impact Arbitration Agreement, dated September 10, 2021.

4. Attached hereto as Exhibit "B" is a true and correct copy of the Right to Sue Letters issued to Plaintiffs by the U.S. Equal Employment Opportunity Commission.

5. Attached hereto as Exhibit "C" is a true and correct copy of the Notices of Claim filed by Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 21, 2025

                                      **MURIEL GOODE-TRUFANT**
                                      Corporation Counsel of the
                                        City of New York
                                      Attorney for Defendants
                                      100 Church Street, 2-190
                                      New York, New York 10007
                                      (212) 356-2467

By:   /s/ *Kathleen M. Linnane*
                                      Kathleen M. Linnane
                                      Assistant Corporation Counsel
                                      klinnane@law.nyc.gov