UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------- x

DIANNE BAKER-PACIUS, and CHRISTOPER J. GARRY,

                                    Plaintiff,

              - against -

THE NEW YORK CITY DEPARTMENT OF EDUCATION
and THE CITY OF NEW YORK, MELISSA AVILES-
RAMOS, Chancellor; KATHERINE RODI, Director of
Employee Relations,

                                  Defendants.
---------------------------------------------- x

**CERTIFICATE OF SERVICE**
**CERTIFIED MAIL**

No. 25 cv 00743 (AMO) (JAM)

       Thomas M. Wicker, Jr., employed at the Office of the Corporation Counsel as paralegal, certifies under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

       On the 24th day of July, 2025, I served a true and correct copy of Defendants' Notice of Motion To Dismiss The Amended Complaint, Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, Declaration of Assistant Corporation Counsel Kathleen M. Linnane with accompanying Exhibits, and Defendants' Local Rule 12.1 Notice to Pro Se Plaintiffs **Christopher J. Garry:**

                        75-27 217 Street
                        Oakland Gardens, NY 11364

       by mailing the papers to the person at the address designated by him or her for that purpose by depositing as certified mail, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date: New York, New York
       July 24, 2025

                                                    *Thomas M. Wicker, Jr.*
                                                    Thomas M. Wicker, Jr. Paralegal
                                                    Labor and Employment Law Division

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

DIANNE BAKER-PACIUS, and CHRISTOPER J. GARRY,

                      Plaintiff,

    - against -

THE NEW YORK CITY DEPARTMENT OF EDUCATION
and THE CITY OF NEW YORK, MELISSA AVILES-
RAMOS, Chancellor; KATHERINE RODI, Director of
Employee Relations,

                      Defendants.
------------------------------------------------x

**CERTIFICATE OF SERVICE
CERTIFIED MAIL**

No. 25 cv 00743 (AMO) (JAM)

    Thomas M. Wicker, Jr., employed at the Office of the Corporation Counsel as paralegal, certifies under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    On the 24th day of July, 2025, I served a true and correct copy of Defendants' Notice of Motion To Dismiss The Amended Complaint, Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, Declaration of Assistant Corporation Counsel Kathleen M. Linnane with accompanying Exhibits, and Defendants' Local Rule 12.1 Notice to Pro se Plaintiff **Dianne Baker-Pacius:**

                      55 West 116th Street
                      Ste. 396
                      New York, NY 10026

    by mailing the papers to the person at the address designated by him or her for that purpose by depositing as certified mail, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date: New York, New York
July 24, 2025

                                                    *Thomas M. Wicker, Jr.*

                                                    Thomas M. Wicker, Jr. Paralegal
                                                    Labor and Employment Law Division0