Dianne Baker-Pacius
Christopher J. Garry
DBCB.CG.2025@gmail.com
PRO SE

*** Filed *** 02:11 PM, 24 Aug, 2025 U.S.D.C., Eastern District of New York

<u>By ECF</u>                                                                                   August 22, 2025

Honorable Judge Ann M. Donnelly
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re: Baker-Pacius, et al. v. The Dep't of Education of the City of New York, et al.
25-cv-00743 (AMD)(JAM)**

Dear Judge Donnelly,

We are the Plaintiffs Pro Se in the above cited case and we are requesting an extension of time to respond to the Defendants' Motion To Dismiss.

You gave us a date to respond as September 2, 2025, however due to prior obligations for the last week of summer vacation and the fact that there is a lot of research we need to do to make sure that our response is not frivolous, we request the date of September 16, 2025 to submit our response to Defendants' Motion.

The City Law Department has agreed, and they would request a date of October 17, 2025 to reply to our response.

This is our first request for an extension of time on the Motion procedure, and we hope that you grant this request.

Thank you,

Respectfully,


/s/Dianne Baker-Pacius                          /s/Christopher J. Garry


<u>VIA EMAIL:</u> Kathleen Linnane, Esq.