

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**STEVEN BANKS**
*Corporation Counsel*

**BRIGID LYNN**
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2481
Email: blynn@law.nyc.gov

April 21, 2026

**By ECF**
Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: Baker-Pacius, et al., v. Dep't of Education of the City of New York, et al.
25-cv-00743 (AMD)(JAM)

Dear Judge Donnelly,

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for the Defendants, the Department of Education of the City of New York ("DOE"), Melissa Aviles-Ramos, and Katherine Rodi (collectively, "Defendants"), in the above- referenced action. I write to respectfully request a short extension of time from April 27, 2026, to May 11, 2026, for Defendants to file their Opposition to Plaintiffs' Motion to Reconsider Judgment Pursuant to Rule 60(b). This requested extension is necessary because I need additional time to draft and finalize Defendants' opposition. This is Defendants' first request for an extension of time to file their opposition. Plaintiffs consent to the requested extension.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brigid Lynn
Brigid Lynn
Assistant Corporation Counsel

cc:     All parties (by ECF and email)
        Diane Baker-Pacius and Christopher J. Garry, *pro se* plaintiffs, via email to
        DBCB.CG.2025@gmail.com