UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

DIANNE BAKER-PACIUS and CHRISTOPHER GARRY,

                                             Plaintiffs,

                    -against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, DAVID BANKS, Chancellor; and KATHERINE RODI, Director of Employee Relations,

                                             Defendants.
-------------------------------------------------------------------------x

**DECLARATION OF BRIGID LYNN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO RECONSIDER JUDGMENT**

25-cv-00743 (AMD)(JAM)

**Brigid Lynn** declares, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct:

1.      I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned action.

2.      I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Reconsider Judgment Pursuant to Rule 60(b).

3.      Annexed hereto are true and correct copies of the following documents submitted in support of Defendants' motion.

4.      Exhibit A is the Deposition Transcript of Katherine G. Rodi in Masciarelli v. New York City Department of Education, dated March 25, 2025.

**WHEREFORE**, Defendants respectfully request that the Court deny Plaintiffs' Motion to Reconsider and request for leave to file a second amended complaint in its entirety and that Defendants be granted costs, fees, and expenses together with such other and further relief as the Court deems just and proper.

Dated:    New York, New York
          May 11, 2026

<div style="margin-left:45%">

**STEVEN BANKS**
Corporation Counsel of the
    City of New York
*Attorney for Defendants*
100 Church Street, Second Floor
New York, New York 10007
(212) 356-2481
blynn@law.nyc.gov

By: /s/ Brigid Lynn
    Brigid Lynn
    Assistant Corporation Counsel

</div>