UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

DIANNE BAKER-PACIUS and CHRISTOPHER J. GARRY,

Plaintiffs,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, Chancellor; and KATHERINE RODI, Director of Employee Relations,

Defendants.

----------------------------------------------------------------------x

**CERTIFICATE OF EMAIL SERVICE**

25-cv-00743 (AMD)(JAM)

I, **BRIGID LYNN**, certify, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on August 26, 2026, pursuant to the Court's August 25, 2026 Order, I served a true and correct copy of the Proposed Discovery Plan and Scheduling Order on pro se plaintiffs **DIANNE BAKER-PACIUS** and **CHRISTOPHER J. GARRY** at the email address set forth below, being the email address set forth by said plaintiffs:

DBCB.CG.2025@gmail.com

Dated: New York, New York
August 26, 2026

**STEVEN BANKS**
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, Second Floor
New York, New York 10007
(212) 356-2481

By: /s/ Brigid Lynn
Brigid Lynn
Assistant Corporation Counsel