STEVEN BANKS
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**BRIGID LYNN**
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2481
Email: blynn@law.nyc.gov

September 8, 2026

**By ECF**
Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: Baker-Pacius, et al., v. Dep't of Education of the City of New York, et al.
25-cv-00743 (AMD)(JAM)

Dear Judge Donnelly,

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for the Defendants, the Department of Education of the City of New York ("DOE"), Melissa Aviles-Ramos, and Katherine Rodi (collectively, "Defendants"), in the above- referenced action. I write to respectfully request an extension of time, from September 7, 2026, to November 6, 2026, for Defendants to respond to Plaintiffs' Second Amended Complaint. This requested extension is necessary because I need additional time to draft and finalize Defendants' response. This is Defendants' first request for an extension of time to respond to the Second Amended Complaint. Plaintiffs consent to the requested extension.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brigid Lynn
Brigid Lynn
Assistant Corporation Counsel

cc: All parties (by ECF and email)
Diane Baker-Pacius and Christopher J. Garry, *pro se* plaintiffs, via email to DBCB.CG.2025@gmail.com